USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/7/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

–v–

Kevin Rolle,

          Defendant.

---

20-cr-594 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court received the attached letter by mail.

    No later than December 8, 2020, the Government shall apprise the Court of the status of the Defendant's transfer to the Southern District of New York and of the Defendant's access to prescribed medication.

    SO ORDERED.

Dated: December 7, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

Kevin Dion Rolle Jr.
Metropolitan Detention Centre Guaynabo
Register #54230-069
P.O. Box 2005
Cataño, Puerto Rico 00963-2005

Thursday, 19th November, 2020

The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: USA vs. Kevin Dion Rolle Jr.
Indictment 20 CRIM 594

Dear Judge McMahon,

I am writing with regard to my pending transfer from Puerto Rico back to New York by the United States Marshals.

On 13th November 2020, I waived the Identity and Removal hearing which took place in Puerto Rico, after which the magistrate issued the order to have me transferred back to New York. A notice to the Metropolitan Detention Centre was also sent, informing MDC of the several medical conditions I have. As of writing, the prison has not yet scheduled me for an appointment with medical services.

The purpose of me writing this letter is to request the court to issue an order to the Marshals requiring them to move me back to New York immediately. After my arrival here, I spent 4 (four) days hospitalized because of a medical episode that would not have taken place if I was receiving the proper medical care.

Page 1 of 2

In addition to other ailments, I am suffering from heart disease. Having been born with a heart murmur, I have taken life-sustaining drugs for most of my life. The failure of the Metropolitan Detention Centre to provide me with the required medication resulted in my heart stopping and having to be resuscitated for over an hour until an ambulance arrived.

Further, I have not yet received iron tablets for my anemia; a ventolin inhaler for my asthma; or a new prescription for anti-depressants. I believe that many of the issues faced stem from the cultural differences and major language barrier. MDC Guaynabo has admitted that because it is a detention centre and not a residential prison, they do not have the best medical facilities.

Concluding, Your Honor, I am not asking for any special treatment. My only request is that my basic human rights to medical care are provided for while I am in the custody of the federal government. I believe that this may be best achieved by my immediate transfer back to New York.

I thank you for your attention to this matter.

Respectfully,
Dion Rolle
Kevin Dion Rolle Jr.