USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

–v–

Kevin Rolle,

        Defendant.

---

20-cr-594 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The C.J.A. attorney assigned to receive cases on this day, Marlon G. Kirton, is hereby ordered to assume representation of the Defendant in the above-captioned matter. The Defendant is not yet in the District. However, because a month has passed since he waived his right to an identity hearing, and because he has written to the Court regarding medical issues, the Court concludes that it is necessary to appoint counsel in the Southern District of New York now.

    SO ORDERED.

Dated: December 11, 2020
      New York, New York

                                       ALISON J. NATHAN
                                 United States District Judge