UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Kevin Rolle,

        Defendant.

20-cr-594 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court received the attached letter by mail today.

    On December 11, 2020, the Court appointed Marlon G. Kirton to represent the Defendant in this case. Defense counsel should confer with the Defendant as soon as possible. The parties shall then confer and file a joint status report by December 18, 2020, providing a timeline for the Defendant's transfer to this District.

    SO ORDERED.

Dated: December 14, 2020
       New York, New York

                              ALISON J. NATHAN
                             United States District Judge

Kevin Dion Rolle Jr.
Metropolitan Detention Center, Guaynabo
Register #54230-069
PO Box 2005
Cataño, Puerto Rico 00963-2005

01st December, 2020

The Honorable Colleen McMahon
Chief Judge
United States District Court for
the Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Case # 20-CRIM-594

Dear Judge McMahon,

I am writing to you again in regards to my case in the Southern District of New York.

As mentioned in my prior letter, I am currently at the Metropolitan Detention Center Guaynabo in Puerto Rico awaiting transfer back to New York by the US Marshals. Today I was informed by the Case Manager that there are no planned movements from Puerto Rico to the mainland United States until February or March 2021 at the earliest.

In light of this new information, I am writing to respectfully request of the court:
1) The appointment of an attorney in New York;
2) To proceed with hearings via VTC while I am still in Puerto Rico.

Thank you for your attention to the above.

Respectfully,
Dion Rolle
Kevin Dion Rolle Jr.