# KIRTON LAW FIRM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/20/2021

*Marlon G. Kirton, Esq.*

_____

*Nassau County:*
*175 Fulton Avenue, Suite 305*
*Hempstead, New York 11550*
*Tel. # (516) 833-5617*
*Fax # (516) 833-5620*

January 20, 2021

VIA ELECTRONIC FILING

Hon. Alison J. Nathan
District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Re: *US v. Kevin Rolle Jr., 20 cr. 594 (AJN)*

Dear Judge Nathan:

     I represent Kevin Rolle Jr. in the above-referenced matter. This Court scheduled a detention hearing for January 20, 2021, at my request. I need additional time to prepare a sufficient bail package. I will file a bail motion on or before January 25, 2021. The Government has already made a bail motion. The parties will work with the Court to schedule a detention hearing at today's conference.

     Mr. Rolle Jr. is charged in a two-count indictment alleging wire fraud and aggravated identity theft. He was arrested in the District of Puerto Rico and was transferred to the Southern District of New York last week. Mr. Rolle, Jr. was arraigned before a Magistrate and is detained on consent pending a detention hearing. He is incarcerated at the Essex County Correctional Facility. The COVID-19 pandemic is a factor in my request. I have not been able to visit Mr. Rolle, Jr. at the facility. I have not been able to schedule a video conference with Mr. Rolle, Jr., prior to today's conference.[1] I have not been able to secure an out-patient facility for Mr. Rolle, Jr. because of the pandemic. There is limited space available for new patients at drug facilities and hospitals since March of 2020. The defense needs a few more days to prepare an adequate bail package.

     Please contact me if you have any questions or concerns.

---

[1] I have a request pending for today or tomorrow.

1

Sincerely,

s/Marlon G. Kirton
Marlon G. Kirton, Esq.

cc: Danielle M. Kudla, Assistant United States Attorney (via electronic mail).
    Emily A. Johnson, Assistant United States Attorney (via electronic mail).

> Per defense counsel's request, the Court will hold the initial conference scheduled for January 20, 2021, as planned, but will conduct the detention hearing at a later date. Counsel should confer on a new date for the detention hearing as soon as possible, keeping in mind that remote proceedings often require up to two weeks to schedule unless an availability is created by a cancellation in the District's centralized criminal proceeding calendar. SO ORDERED.

SO ORDERED.   1/20/2021
ALISON J. NATHAN, U.S.D.J.

2