UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



United States of America,

–v–

Kevin Rolle,

           Defendant.

20-cr-594 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

Consistent with the discussion during the initial conference held today, January, 2021, it is ORDERED that:

1. A detention hearing is tentatively set for February 3, 2021, at 12:00 p.m. The Court will request a videoconference proceeding for that time and will inform the parties once the date and time of the proceeding are confirmed.

2. Time is excluded under the Speedy Trial Act from January 20, 2021, to February 3, 2021, to allow defense counsel time to prepare a bail package.

3. The Government shall make an initial production of discovery material within one week of the entry of a protective order and produce the remainder of discovery material, including electronic search warrant returns and other electronic records, within three weeks of the entry of a protective order.

4. Defense motions are due May 17, 2021. The Government shall have two weeks to respond and the Defendant shall have one week to reply.

5. A jury trial is tentatively set to begin October 18, 2021, for one week. The Court will request this trial date through the District's centralized calendaring process and will inform the parties once the trial date is confirmed.

SO ORDERED.

Dated: January 20, 2021
       New York, New York

                                            ALISON J. NATHAN
                                         United States District Judge