```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/20/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Kevin Rolle,

            Defendant.

20-cr-594 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Essex County Correctional Facility is hereby ORDERED to ensure Mr. Rolle is evaluated for any medical issues and receives any necessary and appropriate medical care while detained.

SO ORDERED.

Dated: January 20, 2021
       New York, New York

                                            ALISON J. NATHAN
                                           United States District Judge