UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/2021

United States of America,

—v—

Kevin Rolle,

                    Defendant.

20-cr-594 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court received the attached email on behalf of Mr. Rolle, from which the Court has

redacted telephone numbers and addresses.  Because Mr. Rolle is represented, all

communications with the Court on his behalf must be through counsel.

SO ORDERED.

Dated: January 22, 2021
        New York, New York

_____
        ALISON J. NATHAN
        United States District Judge

Dr. Rolle

**President's Office** <president@cherubcollege.edu.bs>

Thu 1/21/2021 9:40 PM

**To:** Nathan NYSD Chambers <NathanNYSDChambers@nysd.uscourts.gov>

CAUTION - EXTERNAL:


I am emailing on behalf of Kevin Rolle the defendant in Case #20CRIM 594. The defendant is asking that his bail hearing be moved to a date sooner than February 3 2021 if possible.


--
Sincerely yours,

Barbara L. Pierre
Executive Assistant to President Kevin Dion Rolle Jr., Ph.D.
Cherub College



Email: president@cherubcollege.edu.bs
Website: www.cherubcollege.edu.bs/presidentrolle

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.