```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/26/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Kevin Rolle,

Defendant.

20-cr-594 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court today received the attached letter from Mr. Rolle dated January 3, 2021.

Because Mr. Rolle has already been transferred to this District, the request is DENIED as moot.

SO ORDERED.

Dated: January 26, 2021
       New York, New York

_____
         ALISON J. NATHAN
       United States District Judge

Kevin Dion Rolle Jr.
Metropolitan Detention Center Guaynabo
Reg # 54230-069
PO Box 2005
Cataño, Puerto Rico 00963

03ʳᵈ January, 2021

The Honorable Colleen McMahon
Chief Judge
United States District Court for
the Southern District of New York
Daniel P. Moynihan  US Courthouse
500 Pearl Street, Room 120
New York, NY 10007-1312



Re: Case # 20 CRIM 594

Dear Judge McMahon,
    I am writing to you again seeking the urgent intervention of the court as it relates to the scheduled transfer by the US Marshal back to New York and also the conditions of my confinement at the Metropolitan Detention Center Guaynabo in Puerto Rico.

    Due to a back injury from an auto accident in September 2020, I use a wheelchair for mobility. As there is only one unit at MDC Guaynabo that has the ramps for a wheelchair, I am housed here in Unit 2C. This unit also houses inmates with security issues, mainly pedophiles. Since arriving here in October 2020, I have been exposed involuntarily to images depicting child pornography. The pedophiles in this unit operate with complete immunity and the officials at the prison know about it. In fact, the officers routinely transport these images between cells in exchange for money. It is clear that these pedophiles are facilitated by family and friends who make the payments on their behalf. Additionally, I recently discovered that my photo album was missing

→

several photos of my children. After some days, I was told by another inmate that the pictures were being sold between inmates as material for masturbation. The prison's only reaction was to move the inmate responsible to a different housing unit. A deity somewhere must have felt merciful on him to spare him an encounter with me. This all would make any sane, reasonable, non-depraved person to question the logic of housing all the pedophiles together. If they weren't law abiding alone in the free society, why would they be law abiding united and confined? This place is sickening and disgusting and the people that permit this to take place are just as morally corrupt and mentally sick.

In continued protest, it would be remiss of me if I do not document the subpar medical treatment that I have been enduring while in the custody of the Bureau of Prisons. As documented, I was diagnosed with stage 2 stomach cancer in January 2020 which I received surgery and chemotherapy for. The District Magistrate in Puerto Rico issued a notice to MDC Guaynabo informing them of my health conditions that need treatment. Though the prison has taken some steps to address some of my ailments, they have not addressed the two most pressing matters — cancer and heart disease. For 2 months I have been waiting for an oncologists check up. There is no dispute that cancer patients don't have the luxury of idly wasting time. I am plagued with severe abdominal pains and despite all of my complaints, nothing is being done. The bare minimums, like timely refills on medication are not happening. I have been sharing an inhaler with another inmate for almost 2 weeks now. To make a terrible situation even worst, I am subjected to crude comments from staff like ① "Please hurry and die so you stop taking a chunk from the pharmacy budget." ② "If you stop taking your meds you'll die faster and get out of here. Do it!" At what point did I cease to be a human-being and became lower than an animal? The state of the republic is in grave danger if the psychological torture of inmates at the hands

of the Bureau of Prisons continues. Surely one must recognize how unwise it is to be breeding millions of angry, resentful and hurt federal prisoners who will eventually be released back into society. Where is the justice in this?

Concluding, I am again respectfully requesting the intervention of the court to order the United States Marshal to move me back to New York immediately.

Respectfully,

Kevin Rolle