UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/22/2021
```

United States of America,

–v–

Kevin Rolle,

            Defendant.

20-cr-594 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The Court today received the attached letter from Mr. Rolle dated February 9, 2021. Because Mr. Rolle is represented, all communications with the Court on his behalf must be through counsel. Counsel should inform the Court if an application is being made on Mr. Rolle's behalf.

SO ORDERED.

Dated: February 22, 2021
      New York, New York

                                    ALISON J. NATHAN
                                United States District Judge

Kevin Dion Rolle Jr.
Essex County Correctional Facility
# 217000368
354 Doremus Avenue
Newark, New Jersey 07105

**The Honorable Alison J. Nathan**
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

<u>*Via USPS Mail*</u>

09th February, 2021

Dear Judge Nathan:

### <u>Re: Case# 20-CRIM-594, United States vs. Kevin Rolle</u>

I am writing with regard to the above mentioned case which is currently assigned to you.

At a prior hearing on January 20th, 2021, the Clerk scheduled my case to proceed to trial on October 18th, 2021. Listening in to the dialogue, it was apparent that earlier dates for trial were available. I am therefore requesting that if possible, my case be assigned a trial date to commence prior to October 18th 2021. As can be reasonably understood, I am currently incarcerated pre-trial it is in my best interest to have a trial commence as soon as possible and I wish to exercise my rights to a speedy trial.

I would be grateful for the court's promptest attention to the above.

Respectfully,

s/Kevin Dion Rolle Jr.

Kevin Dion Rolle Jr.

