UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __3/24/2021__

United States of America,

       –v–

Kevin Rolle,

           Defendant.

20-cr-594 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court today received the attached letter on behalf of Mr. Rolle, from which it has redacted contact information of third parties. Because Mr. Rolle is represented, all communications with the Court on his behalf must be through counsel. Counsel should inform the Court if an application is being made on Mr. Rolle's behalf.

SO ORDERED.

Dated: March 24, 2021
     New York, New York

_____
ALISON J. NATHAN
United States District Judge



**OFFICE OF THE PRESIDENT**



Honorable Alison J. Nathan
United States District Judge
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

24th February, 2021

To The Honorable Alison J. Nathan,

I am directed to advise that the Board of Fellows of Cherub College has met on 23rd February, 2021 and has agreed to finance or secure a bail or bond, up to and including the amount of $1,300,000.00 United States Dollars to secure the pre-trial release of the College's President, Dr. Kevin Rolle Cavendish.

Please accept this letter and the attached original copy of the Board Resolution as the College's binding commitment to the above.

Sincerely,

Bryan Jensen
Interim President
Senior Vice-President & General Counsel

MAR 23 2021
ALISON



Board Of Fellows Resolution #2021 -2-1A
23ʳᵈ February, 2021
Nassau, New Providence, The Bahamas

Topic: Emergency Meeting Resolving Circumstances RE: President Rolle

\* \* \* \*

The Board of Fellows has met at the above mentioned date virtually due to the impact of the ongoing COVID-19 Pandemic, a properly constituted quorum has been met. All Members of the Board of Fellows eligible to vote in accordance with the College's bylaws being present, resolves as follows:

**WHEREAS** it is proper for the normal functioning of the College to have a President lead the institution in an active day-to-day manner, the Board has met to discuss the conditions surrounding the continued incarceration of President Cavendish.

**WHEREAS** it has been determined that the assistance of the Board may have an impact on the determinations of the competent judicial authorities in the United States in considering the circumstances of a Bail Determination on President Cavendish's behalf, the Board has met today to decide this matter.

**WHEREAS** President Cavendish in his official role as the College's President is an *ex-officio* member of the Board of Fellows, due to his current incarceration in the United States, he did not participate in today's meeting. All 12 voting-eligible members of the Board have voted in an open format, to either vote for, against, or abstain from voting on the following propsal that has been proffered to the Board of Fellows.

**"It can have a material impact on a proposed bail package in the Federal Courts of the United States of America in the Southern District of New York; if the College's Board agreed to finance or guarantee a bail or bond on behalf of President Kevin Dion Cavendish, otherwise known as Kevin Dion Rolle Jr. This conclusion has been arrived at, in part, that because of the institution's backing, it could be interpreted to provide sufficient moral persuasion that may mitigate any perceived or intended risk of absconding or non appearance in the judicial proceedings in that nation"**

**WHEARAS** the Board of Fellows, being duly composed, and a quorum for a vote on the above

being met, the Board has voted in the following composition:

| Voters in Favor For: | Votes in Favor Against: | Voters Abstaining: |
|---|---|---|
| The Hon. Peter David | Mr Ricardo Pratt | The Hon. Joan M. King |
| Mrs. Paula Lloyd | | Mr. Clarence King |
| Mrs. Lydia Adams | | Mr. Dimitry Zatravkin |
| Mrs. Albertha Higgs | | |
| Mrs. Cynthia Nixon | | |
| Mrs. Natalia Caruthers | | |
| Mrs. Dianne Dean | | |
| Mrs. Jennifer Christie | | |

**WHEREAS** the voting results were 8 members voting for the proposal, 1 member voting against the proposal, and 3 members abstaining from voting, the rules of simple majority in favor of the proposal is hereby adopted.

It is therefore **DECIDED** that the Board of Fellows of Cherub College, commits to finance or guarantee a bail or bond on behalf of President Kevin Dion Cavendish, otherwise known as Kevin Dion Rolle Jr. in the judicial proceedings ongoing in the United States of America before the United States District Court for the Southern District of New York in case number 20-CR-594 in any amount, up to, and including, $1.3 million United States Dollars.

It is therefore **DECIDED** that the Board has voted unanimously to appoint the Executive Chairman of the Board, The Hon. Joan M. King, as the competent official to exercise the authority of the Board of Fellows in execution of the above provision. The Executive Chairman is further vested with the authority to delegate her powers, upon her discretion, as she deems necessary.

So therefore, the above matter, having been considered by the Board of Fellows is hereby considered, concluded, and **RESOLVED.**

\*   \*   \*   \*

Peter David
Deputy Executive Chairman

Clarence King
Secretary to the Board