USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/5/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

–v–

Kevin Rolle,

Defendant.

---

20-cr-594 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court today received the attached letter from Mr. Rolle. Because Mr. Rolle is represented, all communications with the Court on his behalf must be through counsel. Counsel should inform the Court if an application is being made on Mr. Rolle's behalf.

SO ORDERED.

Dated: April 5, 2021
       New York, New York

                                      ALISON J. NATHAN
                                   United States District Judge

Kevin Dion Rolle Jr.
Essex County Correctional Facility
#217000368
354 Doremus Avenue
Newark, New Jersey 07105

The Honorable Alison J. Nathan
United States District Judge
United States District Court for
the Southern District of New York
500 Pearl Street, Room 120
New York, New York 10007-1312



19th March, 2021

Dear Judge Nathan,

    I am writing to you seeking the intervention of the court as it relates to the location of my incarceration.
    Since I arrived in this district on 13th January 2021, the US Marshal has placed me at the Essex County Correctional Facility in Newark, New Jersey. However, I am not receiving the proper medical care that I require. The facility operates a sick call request system which I have used numerous times. As of writing, my medical needs are still not being met.
    Further, I recognize that under standard practice, most defendants remanded to the custody of the US Marshal

Pg 1 of 2

in the Southern District of New York are normally placed at MCC in Manhattan, which, unlike ECCF, is operated by the Federal Bureau of Prisons.

    I therefore respectfully request the intervention of the court to request that the US Marshal service transfer me to MCC in Manhattan or another suitable facility operated by the Federal Bureau of Prisons.

Respectfully yours,

*[signature]*

Kevin Dion Rolle Jr.