UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Kevin Rolle,

        Defendant.

20-cr-594 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The Court received a letter from Mr. Rolle, which is being transmitted immediately to defense counsel and filed under seal. By 2:00 p.m. tomorrow, April 30, 2021, defense counsel shall indicate if he has any objection to the Court providing a copy of the letter to the Government. Among other matters raised in the letter, Mr. Rolle indicates that he wishes to represent himself. The Court will schedule an in-person proceeding for as soon as it can be arranged next week to address the issues raised in the letter. Defense counsel shall confer with Mr. Rolle in advance of the proceeding and as soon as possible.

      SO ORDERED.

Dated: April 29, 2021
       New York, New York

                          ALISON J. NATHAN
                        United States District Judge