USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/30/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Kevin Rolle,

          Defendant.

20-cr-594 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    A conference in this matter is hereby set for May 6, 2021, at 11:00 a.m. The proceeding will be held in person in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York. Defense counsel shall confer with Mr. Rolle in advance of the proceeding.

SO ORDERED.

Dated: April 30, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge