```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/7/2021

United States of America,

–v–

Kevin Rolle,

Defendant.

20-cr-594 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

Consistent with the discussion during the conference held yesterday, May 6, 2021, it is

ORDERED that:

1. The Essex County Correctional Facility shall evaluate and consider allowing Mr. Rolle to use a continuous positive airway pressure (CPAP) machine to assist with his sleep apnea.

2. A hearing is tentatively set for May 21, 2021, at 11:00 a.m. to address any renewed bail application or other defense application, should such application be made. Defense counsel shall file a written submission by May 13, 2021, and the Government shall file its written submission by May 18, 2021.

3. A competency hearing is tentatively set for June 9, 2021, at 11:00 a.m. Defense counsel shall endeavor to engage an appropriate expert and arrange for an evaluation at Essex as soon as possible.

4. The Government shall confer with the Bureau of Prisons regarding whether Mr. Rolle is properly housed at Essex, whether transfer to another facility is feasible, whether any rule or regulation prohibits housing federal detainees with state detainees, and if so whether such rule was observed for Mr. Rolle. The Government shall file a letter on this subject by May 14, 2021.

5. The Government will provide defense counsel and the Court with a list of all electronic devices seized from Mr. Rolle, the legal basis for such seizure, and the current custody status of those devices by May 11, 2021.

6. The Court will request a trial date for September 13, 2021, and inform the parties once it has received a trial date through the District's centralized calendaring process.

SO ORDERED.

Dated: May 7, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge