UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/17/2021

United States of America,

–v–

Kevin Rolle,

        Defendant.

20-cr-594 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court received a letter from defense counsel requesting the modification of the briefing schedule and hearing date for Mr. Rolle's anticipated motion related to his detention. Because the letter contains personal medical information, it will be filed under seal. The Court adopts the proposed briefing schedule. The defense motion is due May 20, 2021. The Government's response is due May 25, 2021. A hearing on the motion is set for May 28, 2021, at 1:00 p.m.

SO ORDERED.

Dated: May 17, 2021
       New York, New York

                            ALISON J. NATHAN
                            United States District Judge