# KIRTON LAW FIRM

Marlon G. Kirton, Esq.

Nassau County:
175 Fulton Avenue, Suite 305
Hempstead
Tel. # (51...
Fax # (5...

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/27/2021

May 27, 2021

VIA ELECTRONIC FILING

Honorable Alison J. Nathan
United States District Judge
Thurgood Marshall
United States Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

*[SO ORDERED stamp: 5/27/2021, Alison J. Nathan, U.S.D.J.]*

*The bail hearing scheduled for May 28, 2021, is adjourned to June 25, 2021, at 1:00 p.m. Counsel should inform the Court if counsel and Mr. Rolle are prepared to proceed at an earlier date. SO ORDERED.*

Re: *United States v. Kevin Rolle, Jr. 20 cr. 594 (AJN)*

Dear Judge Nathan:

    I represent Kevin Rolle, Jr. in the above-referenced matter. The defense filed a motion for Reconsideration of this Court's Detention Order on May 20, 2021. The Government filed Opposition papers on May 23, 2021. I request a thirty (30) day adjournment of tomorrow's detention hearing.

    Mr. Rolle is unwell and does not wish to appear, in person, at tomorrow's conference. There is insufficient time to arrange a video or telephone conference. The nature of Mr. Rolle's illness is unclear, and I don't want to schedule a conference at a time when he is unable to be present and or actively participate. Nor do I think it wise to proceed in his absence tomorrow. The Government does not oppose this application. The parties will notify the Court if a hearing can proceed at an earlier date. The parties do not want this Court to decide this matter without the benefit of a hearing.

    Please contact me if you have any questions or concerns.

Sincerely,

s/Marlon G. Kirton
Marlon G. Kirton, Esq.

1

cc: Danielle Kudla, Assistant United States Attorney (via electronic mail)
   Emily Johnson, Assistant United States Attorney (via electronic mail)