USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/2/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Kevin Rolle,

        Defendant.

20-cr-594 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court requested a jury trial date of September 13, 2021, through the District's centralized calendaring process, but was not assigned that date. The Court will ask that this case be placed on the trial-ready list so that it can proceed in the third quarter of 2021 if another jury trial is removed from the trial calendar.

Counsel for the Government and Mr. Rolle should confer and inform the Court by June 4, 2021, when is the earliest date that they can be ready for trial, so that the case can be placed on the trial-ready list for that date onward. Counsel should also confer on a motions schedule with that date in mind. Counsel should also confer on trial dates for the fourth quarter of 2021, and the Court will request a new trial date for that quarter if this case cannot be tried sooner.

SO ORDERED.

Dated: June 2, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge