UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
United States of America,

–v–

Kevin Rolle,

        Defendant.

20-cr-594 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The competency hearing scheduled for June 9, 2021, is adjourned to June 10, 2021, at 3:00 p.m. The parties shall file a joint letter by June 7, 2021, informing the Court of the status of any independent psychological evaluations and what pre-hearing briefing they anticipate being necessary.

At the initial conference in this case, the Court tentatively scheduled a case management conference for June 7, 2021, and excluded time under the Speedy Trial Act through that date. In light of the scheduled competency hearing, the Court adjourns that conference sine die. The Government should inform the Court if it has an application to exclude additional time under the Speedy Trial Act.

SO ORDERED.

Dated: June 3, 2021
      New York, New York

                                         ALISON J. NATHAN
                                         United States District Judge