UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/8/2021

United States of America,

–v–

20-cr-594 (AJN)

ORDER

Kevin Rolle,

Defendant.

ALISON J. NATHAN, District Judge:

The Court is in receipt of defense counsel's letters seeking the appointment of Neil Blumberg, M.D., to perform an examination of Mr. Rolle, proposing a schedule for the competency proceedings, and requesting that Dr. Blumberg receive compensation from the Department of Justice for his services in this case (Dkt. Nos. 59, 60). The Court is also in receipt of the parties' joint letter requesting the Court set a jury trial date for the fourth quarter of 2021 (Dkt. No. 58). The Court ORDERS as follows:

1. The competency hearing scheduled for June 10, 2021, is adjourned to July 20, 2021, at 2:00 p.m.

2. The Government shall file a letter today, June 8, 2021, informing the Court of its position on the appointment of Dr. Blumberg and compensation for Dr. Blumberg's services by the Government.

3. A jury trial is tentatively set to begin October 18, 2021, for one week. The Court will request this trial date through the District's centralized calendaring process and will inform the parties once the trial date is confirmed.

4. The parties shall confer and submit a joint letter with a proposed motions schedule by June 11, 2021.

SO ORDERED.

Dated: June 8, 2021
     New York, New York

_____
ALISON J. NATHAN
United States District Judge