UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/44/4243

United States of America,

–v–

Kevin Rolle,

            Defendant.

20-cr-594 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    By June 23, 2021, the parties should inform the Court by joint letter whether they are prepared to proceed with the bail hearing scheduled for June 25, 2021.

SO ORDERED.

Dated: June 22, 2021
       New York, New York

                                          ALISON J. NATHAN
                                         United States District Judge