UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Kevin Rolle,

        Defendant.

20-cr-594 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court received the attached letter from Mr. Rolle dated June 16, 2021. Because Mr. Rolle is represented, all communications with the Court on his behalf must be through counsel. The request for appointment of additional CJA counsel is DENIED at this time.

SO ORDERED.

Dated: July 8, 2021
New York, New York

                          ALISON J. NATHAN
                         United States District Judge

Kevin Rolle
#54230-069
MDC Brooklyn
80 29th Street
Brooklyn, NY 11232



16th June, 2021

The Hon. Alison J. Nathan
United States District Judge
United States District Court for
the Southern District of New York
500 Pearl Street
New York, NY 10007

Re: USA vs. Rolle, Case #20CRIM594

Dear Judge Nathan,
    I am writing to you again related to my case, some matters having been raised in prior communications to the Court.
    Most pressing, I am requesting a renewed bail hearing to be scheduled at the Court's nearest available date. I must also highlight that the frequent last minute date changes has severely impacted my prior arrangements to have some senior officials

of the Bahamian Government, to include a sitting Cabinet Minister, and a Head of a Bahamian Diplomatic Mission in the United States appear at Court to testify regarding my attempts in seeking assistance from the Bahamian Government in liaising with American Authorities on my behalf when I suspected an FBI investigation. I believe that this 3rd-party testimony could have a significant impact on the Court's prior flight risk determination.

Additionally, I am requesting that the Court order the United States Marshal and the Federal Bureau of Prisons to transfer me to the Federal Medical Center at Devens, Massachusetts. The transient and temporary nature of MDC Brooklyn is negatively affecting my health. A Federal Medical Center is the only facility in the BOP that has all of the facilities to properly cater to my numerous chronic ailments. This request is made urgently in light of the skull fracture I suffered which will require ongoing care, and some recent testing which shows some new growths or tumors in the abdominal area. In light of this request considering

the distance between Devens and New York, should the Court grant this request, I would waive my right to be physically present at all future Court appearances, and instead appear by VTC or telephonically. A relocation to FMC Devens can also facilitate a psychological evaluation, as the Court ordered pursuant to my request to proceed pro-se.

    Further, until such time comes and the Court permits me to proceed pro-se, I am requesting the appointment of an additional CJA counsel.

Respectfully,
*Kevin Rolle*
Kevin Rolle