UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Kevin Rolle,

        Defendant.

20-cr-594 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court received the attached letters from Mr. Rolle dated July 1, 2021, and July 6, 2021. Because Mr. Rolle is represented, all communications with the Court on his behalf must be through counsel. The Court will address the letters at today's hearing.

SO ORDERED.

Dated: July 20, 2021
       New York, New York

                              ALISON J. NATHAN
                            United States District Judge

RECEIVED JUL 14 2021 U.S.D.C. S.D.N.Y. COMPLETED

Kevin Dion Rolle Jr. #54230-069
MDC Brooklyn
80 29th Street
Brooklyn, New York 11232

Honorable Alison J. Nathan, c.o. Clerk
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall US Courthouse
40 Foley Square
New York, New York 10007

06th July, 2021

Re: Case # 20-cr-594 (AJN)

Judge Nathan,

I am writing to request the Clerk of Court to provide me with copies of:

① Transcript of 25th June 2021 bail hearing
② Transcript of May 2021 hearing
③ Governments 04th and 11th May 2021 letters
④ Southern District Rules and Procedures for Pro-se Criminal Defendants.

Respectfully submitted,
Kevin Rolle
Kevin Dion Rolle Jr.



Kevin Rolle, #54230-069
MDC Brooklyn
80 29th Street
Brooklyn, New York 11232

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

01st July, 2021.

Re: United States vs. Rolle 20-cr-594 (A.J.N.)

Dear Judge Nathan:

    I am writing to again respectfully request that the Court advance my trial to commence at an earlier date than currently scheduled. In light of the upcoming competency hearing, there are no further preliminary matters to be resolved prior to trial.

    The Sixth Amendment of the American Constitution provides the right to a speedy and public trial for all criminal defendants. My continued pre-trial incarceration can be arguably described as oppressive. I wish to

exercise my constitutional right to a speedy trial. I am therefore requesting a trial date that commences as soon as possible after 19th July, 2021.

Further, I am requesting the issuance of an order to the Federal Bureau of Prisons recommending I be urgently transferred to the Federal Medical Center in Devens, MA.

Respectfully submitted,
Dion Rolle.
Kevin Rolle