USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9|45|4243

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Kevin Rolle,

        Defendant.

20-cr-594 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court hereby appoints Jenna Dabbs to represent Mr. Rolle in connection with his decision to proceed pro se and to advise him in advance of the possible *Faretta* hearing scheduled for August 5, 2021. Mr. Kirton shall remain lead counsel for Mr. Rolle unless and until the Court determines that Mr. Rolle may represent himself and shall serve as standby counsel if the Court does so.

SO ORDERED.

Dated: July 23, 2021
      New York, New York

                                        ALISON J. NATHAN
                                    United States District Judge