UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Kevin Rolle,

Defendant.

20-cr-594 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

Per the Court's July 20, 2021 order, Mr. Rolle was to submit a letter by August 2, 2021, addressing whether it is anticipated that Mr. Rolle will seek to represent himself (in which case the Court will proceed with a *Faretta* hearing), a change of plea, and/or provide further support of his renewed bail application. Dkt. No. 81. The hearing on these issues is scheduled for August 5, 2021, at 2:00 p.m. The Court is not in receipt of the letter. Mr. Rolle shall file such a letter by 3:00 p.m. on August 4, 2021.

SO ORDERED.

Dated: August 4, 2021
New York, New York

ALISON J. NATHAN
United States District Judge