UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| United States of America, | |
| –v– | 20-cr-594 (AJN) |
| Kevin Rolle, | ORDER |
| Defendant. | |

ALISON J. NATHAN, District Judge:

Mr. Rolle's letter dated August 4, 2021, references a *Pimentel* letter prepared by the Government. Dkt. No. 92. The Government shall submit a copy of the *Pimentel* letter to the Court by August 4, 2021, at 5:00 p.m.

SO ORDERED.

Dated: August 4, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge