UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Kevin Rolle,

        Defendant.

20-cr-594 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court received the attached letters from Mr. Rolle. Because Mr. Rolle is represented, all communications with the Court on his behalf must be through counsel. Counsel should inform the Court if an application is being made on Mr. Rolle's behalf. The Court will take no additional action based on the attached letters.

SO ORDERED.

Dated: August 13, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge