USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/13/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Kevin Rolle,

        Defendant.

20-cr-594 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court received the attached letter from Mr. Rolle. Because Mr. Rolle is represented, all communications with the Court on his behalf must be through counsel. Counsel should inform the Court if an application is being made on Mr. Rolle's behalf. The Court will take no additional action based on the attached letter.

    The Clerk of Court is respectfully asked to mail a copy of this Order to Mr. Rolle and note the mailing on the public docket.

SO ORDERED.

Dated: September 13, 2021
      New York, New York

                                ALISON J. NATHAN
                            United States District Judge

Case 1:20-cr-00594-AJN Document 102 Filed 09/13/21 Page 2 of 3

RECEIVED SEP 13 2021 ALISON J. NATHAN U.S. DISTRICT JUDGE S.D.N.Y.

Kevin Dion Rolle Jr.
MDC Brooklyn
80 29th Street
Brooklyn, NY 11232

06th September 2021

The Clerk
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: USA vs Rolle #20-cr-594 (AJN)

Dear Clerk,

I am writing to request that the sentencing hearing for the cited case which is currently scheduled for 22nd October 2021 be rescheduled to the earliest available date in September 2021.

Yours truly,
Kevin Rolle
Kevin Dion Rolle Jr.

Kevin Rolle
MDC Brooklyn
80 29th Street
Brooklyn, NY 11232



NEW YORK NY 100
7 SEP 2021 PM 14 L

The Hon. Alison J. Nathan
c/o The Clerk
United States District Court
40 Foley Square
New York, NY 10007



Urgent

10007-150729

Legal Mail