USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/3/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

–v–

Kevin Rolle,

      Defendant.

---

20-cr-594 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Defendant Kevin Rolle is scheduled to be sentenced on November 12, 2021, at 12:00 p.m. The proceeding will be held in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York. Members of the public may attend this proceeding in person.

    The Government has informed the Court that a victim of Mr. Rolle's crimes may attend the sentencing and wish to be heard. Dkt. No. 107. A crime victim has a "right not to be excluded" from Mr. Rolle's public sentencing proceeding and a further "right to be reasonably heard" at that sentencing. 18 U.S.C. §§ 3771(a)(3)–(4); *see also* Fed. R. Crim. P. 60(a)(3). The Court will therefore permit the victim to appear and be heard at Mr. Rolle's sentencing. If the Government demonstrates that it is necessary for the victim or the lead case agent to attend, the Court will arrange for their attendance by phone.

    The Clerk of Court is respectfully asked to mail a copy of this Order to Mr. Rolle and note the mailing on the public docket.

SO ORDERED.

Dated: November 3, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge