USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/9/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Kevin Rolle,

        Defendant.

20-cr-594 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court received the two attached letters from Mr. Rolle, both pertaining to Mr. Rolle's sentencing scheduled for November 12, 2021, at 12:00 p.m. Because Mr. Rolle is represented, all communications with the Court on his behalf must be through counsel. The Court will, however, take the following actions on these letters.

First, Mr. Rolle's counsel shall address at the sentencing the first letter, dated October 22, 2021, in which Mr. Rolle requests to proceed pro se because he desired an earlier sentencing.

Second, the Court will consider the second letter, dated October 26, 2021, in determining the appropriate sentence for Mr. Rolle.

SO ORDERED.

Dated: November 9, 2021
      New York, New York

                                    ALISON J. NATHAN
                                United States District Judge

Kevin Dion Rolle Jr; #54230-069
MDC Brooklyn
80 29th Street
Brooklyn, NY 11232

The Hon. Alison J. Nathan
United States District Judge
40 Foley Square
New York, NY 10007

Re: USA vs Rolle, #20cr-594     22nd October, 2021

Dear Judge Nathan,

    I am in receipt of the Court's recent order stating that because I am represented by Counsel, all communications with the Court should come from Counsel.

    In light of the foregoing, I am writing to request that for the purposes of the sentencing hearing I be allowed to proceed pro-se. I also would like for the Court to schedule a sentencing hearing as soon as possible.

    Respectfully submitted,
    Dion Rolle.
    Kevin Dion Rolle Jr.



RECEIVED
NOV - 8 2021
ALISON J. NATHAN
U.S. DISTRICT JUDGE
S.D.N.Y.

Kevin Rolle
MDC Brooklyn
80 29th Street
Brooklyn NY 11232

Legal mail

The Hon Alison J. Nathan
United States District Judge
40 Foley Square
New York, NY 10007

Urgent

USM 4LD
SDNY

NEW YORK NY 100
22 OCT 2021 PM 3 L



Kevin Dion Rolle Jr.

(1)

26th October, 2021

The Hon. Alison J. Nathan
United States District Judge
40 Foley Square
New York, NY 10007

Re: USA vs Rolle # 20-cr-594

Dear Judge Nathan,
    I am writing this letter to you in advance of my sentencing hearing to share with you what the indictment, docket, US Attorney or even the FBI is unable to tell you. I know that in the Federal Criminal Justice system, defendants are given an opportunity to speak at the sentencing hearing before the Court imposes a sentence. However, the overwhelming emotions I feel every time I enter the courtroom has left me resolved to write instead of an oral address.
    Growing up as a child, I think I inherited one good trait from my father. That trait being principle. He always stressed the importance of admitting when you have

②

done something wrong and learning to "face the music" that followed. Hence in this case I have pleaded guilty to wire fraud. I am only 27 years old, but I recognize one of the key aspects of adulthood is being responsible for ones actions, whether it be good or bad.

I can imagine that alot of similar defendants convicted of this type of fraud scam did so because of financial need. I however did so as a result of a years-long substance abuse and gambling addictions. Despite the many positives childhood bestowed on me, I had some significant challenges to bear that led to substance abuse from I was about 12 years old. As an adopted gay child to biracial parents in a homophobic Bahamas, my childhood has indelible scars of hatred and abuse. Despite my challenges I was doing extremely well academically and at age 12 I went to university. My mother was happy to push for this, and I was happy to be getting away from the drama and problems I faced at home.

Going to university so young was one of the worst mistakes to happen to me.

③

It robbed me of my childhood years and fueled my uphill battle with substances that has plagued my life ever since. The wrong crowds and bad relationships made me an addict to cocaine. This habit has been broken for the past year, a result of my current imprisonment. I can describe my arrest day last year as unusual, though I hardly remember it for lack of sobriety. Up until I started using cocaine, because of depression I felt nothing. My life felt useless and like an empty void. I can recall after one of my first "highs", I described it in a Biblical context — I was lost and now am found, I was blind and now I can see. I used this as a gateway to exit my depression and reliance on medical antidepressants. Retrospectively this was an unwise choice.

As is widely known, a drug addiction to cocaine does not come cheaply. In trying to reach a further high, it required more and more. Me and a former boyfriend called it the pursuit of enlightenment. This corrupted ideology caused an end result of always needing more money. Cocaine prices increased and we always needed more.

⑨

To this day, I have many unresolved grievances with my mother. I can however credit her for always being willing to listen, though I was rarely interested in sharing what was going on in my life or what I was thinking. Now in this legal saga, she has been the sole pillar of support to me and caregiver for my kids. Despite my mothers recent diagnosis with Amyotrophic Lateral Sclerosis (ALS) she continues to support me as best as she can.

For the past 14 years, it feels as if I have been enslaved to cocaine. A few times I have tried to stop but something would always happen and I would start using again. Though I was arrested in 2020, it provided some positive change. Sobriety. For some 12 months now I have been clean. 12 months without a deadly addiction that I could not control. Coming to prison was initially an exciting experience for the drug addict that lived inside me. However, something changed when faced with the reality of drugs in prison and I am confident to say that I have now managed to get my addiction kicked. Something about me has changed for the better and I have

(5)

a whole new attitude. I plan on leaving jail to become a positive influence to my community and take on an expanded role in the lives of my children. Being a father is my proudest achievement and most precious honor.

It is unfortunate that I got involved in a fraud ring to further fund a drug and gambling habit. Myself and former associates would take out credit cards in created identities. With these cards, we would buy items that could be immediately sold or traded in to buy cocaine. Looking back at it, I can hardly remember most of it because I was constantly flying high on a buzz. Plus, most of it happened oh so quickly. As the timeframes would show, I ended my involvement about a year before my arrest as I knew what we were doing was wrong.

Never in my wildest dreams would I have imagined being faced with my current legal circumstances. Standing in front of a federal judge appointed by the President is no comforting experience. I'm sure I will remember this as my most difficult period.

⑥

In this great debacle, the only person I can credit for my current problems is myself. My mother sent me to fine academic institutions and taught me right and wrong. Somewhere along the way I left the correct track and I am now a convicted felon. I now stand to be deported and leave New York which has been my home for almost a decade.

As you make your deliberations, I beg of you to consider a sentence of time served. Because of my actions, I will punish beyond incarceration. I have served time during a difficult pandemic, subjected to extreme lockdowns and harsh conditions. I have been assaulted in more ways than one and scarred for life. Please send me home.

Respectfully submitted,
Arin Rolle.

Kevin Rollo
80 29th Street
Brooklyn, NY 11232

Urgent

Legal Mail

USDC SDNY FILED

The Hon. Alison J. Nathan
40 Foley Square
New York, NY 10007

NEW YORK NY 100
1 NOV 2021 PM 7 L

