UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Kevin Rolle,

           Defendant.

20-cr-594 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court received the attached letter from Mr. Rolle.  The Court ORDERS Mr. Rolle's counsel to submit a letter by December 6, 2021, confirming that Mr. Rolle has been provided the materials requested.

    The Clerk of Court is respectfully asked to mail a copy of this Order to Mr. Rolle and note the mailing on the public docket.

SO ORDERED.

Dated: November 22, 2021
       New York, New York

                                  ALISON J. NATHAN
                                United States District Judge

Kevin Dion Rolle Jr.

The Honorable Alison J. Nathan
United States District Judge
United States District Court for the
Southern District of New York
40 Foley Square
New York, NY 10007



13th, November 2021

Re: USA vs. Rolle, #20-cr-594 (AJN)

Dear Judge Nathan,

    I am writing to request a copy of the ① Judgement of Conviction, ② Committment Order, ③ Recommendation to the Bureau of Prisons that I be housed at the Federal Medical Center in Devens, MA, ④ Recommendation to the Bureau of Prisons for my participation in RDAP, and ⑤ Recommendation to the Department of Justice for a treaty transfer to the Bahamas.

    Thank you for your attention to the above.

Respectfully submitted,
Dion Rolle
Kevin Dion Rolle Jr.



Kevin Dion Rolle Jr.
Reg # 54230-069
MBC Brooklyn
80 29th Street
Brooklyn, NY 11232

The Honorable Allison J. Nathan
United States District Judge
40 Foley Square
New York, NY 10007

NEW YORK NY 100
15 NOV 2021 PM 6 L