UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/21
```

United States of America,

–v–

Kevin Rolle,

        Defendant.

20-cr-594 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Mr. Rolle's defense counsel filed two letters on December 2, 2021. First, defense counsel notified the Court that Mr. Rolle has been mailed all materials listed in the Court's order dated November 22, 2021, save for the treaty transfer, which was not listed in the criminal judgment. Dkt. No. 120. The Court GRANTS defense counsel's request to amend the judgment to include a recommendation of a treaty transfer to the Bahamas. The Court will file an amended judgment in due course.

    Second, following Mr. Rolle's request for new CJA counsel to appeal his case, Dkt. No. 119, defense counsel requests that the Court appoint Mr. Rolle new counsel, Dkt. No. 121. Mr. Rolle's request for new CJA counsel on appeal has been transmitted to the U.S. Court of Appeals for the Second Circuit, which is the proper forum for such a request. The Court therefore takes no further action on the request for new appellate counsel.

    Defense counsel further requests that newly appointed counsel also raise the issue of whether item 6(j) in the Government's substitute assets motion, Dkt. No. 106, may be subject to forfeiture. The Court at the November 12, 2021 sentencing ordered defense counsel to submit a letter on whether item 6(j) may be subject to forfeiture. The Court therefore ORDERS defense

counsel to submit a letter regarding item 6(j) by December 10, 2021.

    The Clerk's office is respectfully directed to mail a copy of this Order to Mr. Rolle and note the mailing on the public docket.

SO ORDERED.

Dated: December 2, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge