USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/21/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Kevin Rolle,

        Defendant.

20-cr-594 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court received the attached two letters from Mr. Rolle. The second letter, dated November 30, 2021, requests that the criminal judgment be amended to recommend that Mr. Rolle be transferred to the Bahamas. The Court on December 7, 2021, upon request of Mr. Rolle's counsel, issued an amended judgment containing this recommendation. Dkt. No. 125.

    The first letter, dated November 22, 2021, requests the return of specific items of personal property seized by the Government upon Mr. Rolle's arrest on October 28, 2020. Because Mr. Rolle is represented by counsel, all communications with the Court on his behalf must be through counsel. Counsel should inform the Court if an application is being made on Mr. Rolle's behalf.

    Additionally, the Court ordered Mr. Rolle's counsel to submit by December 14, 2021, a request regarding the Government's motion to substitute assets. Dkt. No. 127. The Court is not in receipt of that request. Mr. Rolle's counsel shall submit a request by December 27, 2021.

SO ORDERED.

Dated: December 21, 2021
      New York, New York

                              ALISON J. NATHAN
                              United States District Judge