UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Kevin Rolle,

        Defendant.

20-cr-594 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The Court received the attached letter from Mr. Rolle indicating that he is to be transferred to FCI Hazelton, which is located in West Virginia, and requesting that the Court recommend he be housed at a location closer to New York. At his sentencing, Mr. Rolle requested that the Court recommend that he "be housed at the federal medical center at Devens, Massachusetts." Dkt. No. 123 at 41. The Court granted that request and included that recommendation to the Bureau of Prisons in Mr. Rolle's judgment. *Id.* at 47; Dkt. No. 116 at 2.

      The Court therefore DENIES Mr. Rolle's request that the Court recommend he be redesignated.

      The Clerk of Court is respectfully asked to mail a copy of this Order to Mr. Rolle and note the mailing on the public docket.

SO ORDERED.

Dated: January 11, 2022
       New York, New York

                            ALISON J. NATHAN
                          United States District Judge

Kevin Dion Rolle Jr.

The Hon. Alison J. Nathan
United States District Judge
40 Foley Square
New York, NY 10007

Re: USA vs. Rolle, #20-cr-594

Dear Judge Nathan,
    I was designated to serve my sentence at FCI Hazelton in West Virginia. I'm writing to request the Court issue another recommendation to the BOP recommending I be redesignated to a facility closer to New York.

Respectfully submitted,
Dion Rolle.



RECEIVED
JAN 11 2022
ALISON J. NATHAN
U.S. DISTRICT JUDGE
S.D.N.Y.