UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Kevin Rolle,

        Defendant.

20-cr-594 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court received the two attached letters from Mr. Rolle requesting that his sentence be reduced to time served under 18 U.S.C. § 3582(c)(1)(A) and that he be appointed counsel to represent him on that motion.

The Court DENIES without prejudice Mr. Rolle's request for counsel.

The Government shall file a response to Mr. Rolle's motion for release by January 25, 2022. Mr. Rolle may file a reply by February 8, 2022.

The Clerk of Court is respectfully asked to mail a copy of this Order to Mr. Rolle and note the mailing on the public docket.

SO ORDERED.

Dated: January 11, 2022
New York, New York

ALISON J. NATHAN
United States District Judge

Re: USA vs. Rolle #20-cr-594 (AJN)

RECEIVED
JAN 11 2022
ALISON J. NATHAN
U.S. DISTRICT JUDGE
S.D.N.Y.

## Motion for Compassionate Release:

Defendant Kevin Dion Rolle Jr., pursuant §603 of the First Step Act of 2018, seeks release from custody because Defendant's medical conditions, which include asthma, diabetes, obesity and hypertension, in combination with the COVID-19 pandemic, place defendant at grave risk of serious illness and death.

## Background:

On November 12 2021, defendant was sentenced to 60 months imprisonment. Defendant has served approximately 14 months and seeks release from MDC Brooklyn. Defendant suffers from asthma, diabetes, obesity and hypertension, amongst other ailments. The Centers for Disease Control and Prevention ("CDC") warns that obesity places people of any age at an increased risk of severe illness from COVID-19. The CDC also advises that individuals with moderate to severe asthma and individuals with hypertension may be at an increased risk of severe illness caused by COVID-19. Defendant submitted a request for compassionate release to the Warden of MDC Brooklyn on November 12 2021 but received no reply.

1 of 2

Discussion:

Defendant moves for release under 18 USC § 3582(c)(1)(A). As the Warden of MDC Brooklyn has not replied within 30 days, Section 3582(c)(1)(A) permits defendant to file this motion in federal court. Defendant argues that he should be released from BOP custody because defendant's medical conditions and the COVID-19 pandemic have created extraordinary and compelling reasons for defendant's release. The COVID-19 pandemic is particularly dangerous in congregate living settings like prisons and defendant is at an increased risk of severe illness or death if exposed to COVID-19 as a result of defendant's obesity, hypertension, asthma and diabetes.

Defendant respectfully requests this Court grant this motion for compassionate release.

*[signature]*

Kevin Dion Rolle Jr.

Kevin Dion Rolle

The Hon. Alison F. Nathan
United States District Judge
40 Foley Square
New York, NY 10007

24th December, 2021

Re: USA vs. Rolle #20-cr-594 (AJN)

Dear Judge Nathan,
 I am writing to request that the Court appoint counsel to assist with the pending compassionate release motion I have submitted.

Respectfully submitted,
Kim Rolle
Kevin Rolle

