UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/26/22
```

United States of America,

–v–

Kevin Rolle,

        Defendant.

20-cr-594 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Mr. Rolle filed on December 27, 2021, Dkt. No. 129, a letter objecting to the inclusion of certain items of property in the Government's propose substitute assets forfeiture motion, Dkt. No. 106. The Government shall file a response to Mr. Rolle's objections, if any, by February 4, 2022.

SO ORDERED.

Dated: January 26, 2022
       New York, New York

                                          ALISON J. NATHAN
                                      United States District Judge