UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   1/27/22
```

United States of America,

          –v–

Kevin Rolle,

          Defendant.

20-cr-594 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The two letters attached to this Order, dated November 22, 2021, and November 30, 2021, are the letters that were intended to be attached to the Court's prior Order dated December 21, 2021, that referred to "the attached two letters from Mr. Rolle." Dkt. No. 128.

The Clerk's office is respectfully asked to mail a copy of this Order to Mr. Rolle and note the mailing on the public docket.

SO ORDERED.

Dated: January 27, 2022
      New York, New York

_____
ALISON J. NATHAN
United States District Judge

Kevin Dion Rolle Jr.
Metropolitan Detention Center Brooklyn
80 29th Street
Brooklyn, New York 11232



The Honorable Alison J. Nathan
United States District Judge
United States District Court for the
Southern District of New York
40 Foley Square
New York, New York 10007

22nd November, 2021

Re: United States vs. Kevin Rolle, 20-cr-594 (AJN)
    Letter Motion for Return of Personal Property - Rule 41(e)

Dear Judge Nathan,

I am writing to request that the Court issue an Order to the United States Attorney for the Southern District of New York and the Federal Bureau of Investigation, requiring the return of all of my personal property that was seized at my arrest on 28th October, 2020; including, but not limited to the following items:

- Silver and White iPhone
- Gray and Black iPhone
- Silver MacBook Pro
- Gray MacBook Pro
- Apple iPad
- Multicolored Diamond Rolex Watch
- Gold and Diamond Men's Wedding Band
- Louis Vuitton Black and Gray Wallet and Contents
- Brown Louis Vuitton Duffle Bag and Contents
- Teal Samsonite Suitcase and Contents

The Court's attention to this is appreciated.

Respectfully submitted,
Kevin Dion Rolle Jr.

Copy Mailed to:
- United States Attorney for
the Southern District of New York

- Marlon G. Kirton, Esq.

Kevin Dion Rolle Jr.
Register #54230-069
Metropolitan Detention Center Brooklyn
80 29th Street
Brooklyn, New York 11232

The Honorable Alison J. Nathan
United States District Judge
United States District Court for
the Southern District of New York
Thurgood P. Marshall United States Courthouse
40 Foley Square
New York, New York 10007

30th November, 2021

Re: United States vs. Rolle, 20-cr-594 (AJN)

Dear Judge Nathan:

I received a copy of the Court's Order requiring Counsel to provide me with a copy of the documents I requested in my previous letter. Mr. Marlon G. Kirton, Esq. has provided the requested documents.

However, I noted that the Judgment of Conviction does not include a recommendation to the United States Department of Justice recommending that I be considered for a prison treaty transfer to the Bahamas. I am therefore respectfully requesting that the Court to issue a revised Judgment of Conviction that is inclusive of this recommendation.

Additionally, I respectfully request that the Court issue an Order to the Federal Bureau of Prisons requiring that I be designated to my assigned prison within 10 days for medical reasons.

I again thank you for your attention to the matters raised.

Respectfully submitted,

/s/ Kevin Dion Rolle Jr.





NEW YORK NY 100

1 DEC 2021 PM 13 L

. Rolle
30 29th Street
New York, NY 11232

The Hon· Alison J. Nathan
United States District Court
40 Foley Square
New York, NY 10007

10007-150729

USMAIL
SDNY

Legal Mail