UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Kevin Rolle,

           Defendant.

20-cr-594 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court received the attached three letters from Mr. Rolle. The first letter, dated January 5, 2022, requests an order that Mr. Rolle's passports be returned. The Court ORDERS the Government to file a response to Mr. Rolle's request by February 11, 2022.

The second letter, dated January 12, 2022, requests that the Court schedule an oral argument on Mr. Rolle's pending motion for compassionate release. *See* Dkt. No. 131. The Court DENIES Mr. Rolle's request for oral argument. As previously ordered, Mr. Rolle may file a reply in support of his motion by February 15, 2022. Dkt. No. 133.

The third letter, dated January 18, 2022, requests a copy of the Court's Statement of Reasons and the transcript of the sentencing hearing held November 12, 2021. The Court ORDERS Mr. Rolle's counsel to provide Mr. Rolle the requested materials and to file a letter confirming that he has done so by February 11, 2022.

The Clerk's office is respectfully asked to mail a copy of this order to Mr. Rolle and note the mailing on the public docket.

SO ORDERED.

Dated: January 27, 2022
      New York, New York

_____
ALISON J. NATHAN
United States District Judge

Kevin Dion Rolle Jr

The Hon. Alison F. Nathan
United States District Judge
40 Foley Square
New York, NY 10007

05th January, 2022

Re: USA vs. Rolle, #20-cr-594 (AJN)

Dear Judge Nathan,
    I am writing to request that the Court issue an order to have my passports returned.

Respectfully submitted,
Kevin Rolle
Kevin Rolle


RECEIVED
JAN 27 2022
ALISON J. NATHAN
U.S. DISTRICT JUDGE
S.D.N.Y.

NEW YORK NY 100
6 JAN 2022 PM 12 L

USMAID
SDNY

The Hon. Alison J. Nathan
United States District Court
40 Foley Square
New York, NY 10007

10007-150239

Kevin Rolle #54250-069
80 29th Street
Brooklyn, NY 11232

Legal Mail

Kevin Dion Rolle Jr.

The Hon. Alison J. Nathan
United States District Judge
40 Foley Square
New York, NY 10007

12th January, 2022

Re: USA vs. Rolle, # 20-cr-594 (AJN)

Dear Judge Nathan,
    I have submitted a motion for compassionate release, which is pending before the Court. I am writing to request that an emergency hearing be scheduled to hear oral arguments on this motion.

Respectfully submitted,
*Kevin Rolle* (signature)
Kevin Dion Rolle Jr.



RECEIVED JAN 27 2022 ALISON J. NATHAN U.S. DISTRICT JUDGE S.D.N.Y.



NEW YORK NY 100

18 JAN 2022 PM 13 L

U.S.MAID
SDNY

The Hon. Allison J. Nathan
United States District Court
40 Foley Square
New York, NY 10007

10007-150725

Kevin Rolle # 54230-069
80 39th Street
Brooklyn, NY 11232

URGENT

Legal Mail

Kevin Dion Rolle Jr.

The Hon. Alison J. Nathan
United States District Judge
40 Foley Square
New York, NY 10007

18ᵗʰ January, 2022

Re: USA vs. Rolle #20-cr-594 (AJN)

Dear Judge Nathan,

    I am writing to request a copy of the Court's Statement of Reasons and the transcript of the sentencing hearing from 12 November, 2021.

Respectfully submitted,
Kevin Rolle
Kevin Dion Rolle Jr.



RECEIVED
JAN 27 2022
ALISON J. NATHAN
U.S. DISTRICT JUDGE
S.D.N.Y.

Kevin Rolle #54230-067
MDC Brooklyn
80 29th Street
Brooklyn, NY 11232

Legal Mail

The Hon. Alison J.
US District Court
40 Foley Square
New York, NY 10007

NEW YORK NY 100
19 JAN 2022 PM 7 L
USMAIL SDNY