UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:_____                 │
│ DATE FILED:   1/31/22                │
└─────────────────────────────────────┘
```

United States of America,

     –v–

Kevin Rolle,

            Defendant.

20-cr-594 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Government on January 30, 2022, filed its opposition to Mr. Rolle's motion for compassionate release. Dkt. No. 138. The confidential medical records attached to that opposition will be filed under seal.

The Clerk's office is respectfully asked to mail a copy of this order to Mr. Rolle and note the mailing on the public docket.

SO ORDERED.

Dated: January 31, 2022
      New York, New York

_____
ALISON J. NATHAN
United States District Judge