UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: ___2/4/22___

United States of America,

–v–

Kevin Rolle,

Defendant.

20-cr-594 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

Mr. Rolle requested the return of his passports seized at the time of his arrest.  Dkt. No. 137.  The Court ordered the Government to respond to this request, which it did by letter dated February 4, 2022.  Dkt. No. 141.  The Government explained that because the FBI determined Mr. Rolle's Irish passport to be fraudulent, it will not be returned to Mr. Rolle.  The other nine passports and forms of identification that were on Mr. Rolle's person, the Government explains, will be returned to him shortly before his deportation.  In light of these representations, the Court DENIES Mr. Rolle's request.

The Government submitted an unredacted copy of its letter to the Court, Mr. Rolle, and Defense counsel.  The Court will file that unredacted letter under seal.

The Clerk of Court is respectfully asked to mail a copy of this Order to Mr. Rolle and note the mailing on the public docket.

SO ORDERED.

Dated: February 4, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge