| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: _09/05/2023_ |

UNITED STATES OF AMERICA,

      -against-

KEVIN DION ROLLE, JR.,

                          Defendant.

20 Cr. 594 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On August 25, 2023, the Court ordered Mr. Rolle's counsel to inform the Court by September 1, 2023, if an application is being made on Mr. Rolle's behalf regarding a letter from Mr. Rolle received by the Court.  *See* ECF No. 162.  That submission is now overdue.  By **September 12, 2023,** Counsel is directed to inform the Court if Counsel still represents Mr. Rolle and if an application is being made on Mr. Rolle's behalf.

      SO ORDERED.

Dated: September 5, 2023
       New York, New York

                                                  ANALISA TORRES
                                        United States District Judge