USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/01/2023_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

KEVIN DION ROLLE, JR.,

                Defendant.

20 Cr. 594 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the letter motion filed by Marlon G. Kirton on October 27, 2023. ECF No. 166.  The Court has also received a letter directly from Defendant, dated October 1, 2023, in which Defendant stated, "Mr. Kirton no longer represents me," and sought to proceed *pro se*.

    Mr. Kirton's appointment pursuant to the Criminal Justice Act, *see* ECF No. 9, did not extend to Defendant's proposed motion for compassionate release.

    Accordingly, by **November 8, 2023**, Mr. Kirton shall file a letter with the Court.  In the letter, should Mr. Kirton seek to be counsel for Defendant's compassionate-release motion, he shall request reappointment, confirming that he has spoken with Defendant and that Defendant wishes that he be reappointed as counsel for the purposes of Defendant's motion for compassionate release.  Otherwise, Mr. Kirton shall confirm that he does not seek re-appointment.

    Mr. Kirton is directed to mail a copy of this order to Defendant.

    SO ORDERED.

Dated: November 1, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge