UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/09/2023
```

UNITED STATES OF AMERICA,

      -against-

KEVIN DION ROLLE, JR.,

                    Defendant.

20 Cr. 594 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On November 1, 2023, the Court informed Marlon G. Kirton that his appointment pursuant to the Criminal Justice Act ("CJA") as counsel for Defendant "did not extend to Defendant's proposed motion for compassionate release." ECF No. 167. The Court ordered Kirton to state by November 8, 2023, whether he seeks reappointment for Defendant's compassionate release motion and whether he had spoken with Defendant. *Id.*

      The Court has reviewed the letter motion filed by Kirton on November 7, 2023. ECF No. 168. Kirton does not request reappointment, and he has not been able to speak with Rolle "to determine his intentions." *Id.* The Court has also received a letter directly from Defendant, dated October 25, 2023, in which he states that Kirton "no longer actually represents me" and requests that Kirton "be removed as counsel of record and [Defendant] be allowed to proceed *pro se*." ECF No. 169.

      Accordingly, Kirton shall not be reappointed as CJA counsel for the purpose of Defendant's proposed motion for compassionate release. The Clerk of Court is directed to terminate Marlon G. Kirton as counsel of record for Defendant. The Clerk of Court is also directed to terminate Jenna Dabbs as counsel of record for Defendant, who was appointed for the limited purpose of counseling Rolle with regard to a potential *Faretta* hearing, *see* ECF No. 84.

      By **November 23, 2023**, Defendant shall inform the Court if he seeks the appointment of new CJA counsel for his proposed compassionate release motion.

      The Clerk of Court is directed to mail a copy of this order to Defendant *pro se*.

      SO ORDERED.

Dated: November 9, 2023
       New York, New York

                                          ANALISA TORRES
                                        United States District Judge