UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/2023
```

------------------------------------x
:
UNITED STATES OF AMERICA          :
:
        -against-                 :           **ORDER**
:
Kevin Dion Rolle, Jr.             :
:           20 Cr. 594
:           _____
:           Docket #
:
------------------------------------x

__Analisa Torres__ District Judge
   Judge's Name

The C.J.A. attorney assigned to receive cases on this day, __Zachary Margulis-Ohnuma__ is hereby ordered to assume representation of the defendant in the above captioned matter, NUNC-PRO-TUNC __November 29, 2023__.

SO ORDERED.

_____
ANALISA TORRES
United States District Judge

Dated:  New York, New York
        11/29/23