USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __01/08/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        -against-

KEVIN DION ROLLE, JR.,

                  Defendant.

20 Cr. 594 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of Defendant's letter, dated January 5, 2024, moving for a sentence reduction and compassionate release.  ECF No. 176.  By **January 29, 2024**, the Government shall respond to Defendant's letter motion.

    SO ORDERED.

Dated: January 8, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge