USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _01/29/2024_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

KEVIN DION ROLLE, JR.,

                    Defendant.

20 Cr. 594 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court is in receipt of the Government's opposition to Defendant's motion for sentence reduction and compassionate release. ECF No. 178. By **February 9, 2024**, Defendant may file a reply.

      SO ORDERED.

Dated: January 29, 2024
       New York, New York

ANALISA TORRES
United States District Judge