UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

KEVIN DION ROLLE, JR.,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _02/20/2024_

20 Cr. 594 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 29, 2023, the Court appointed Zachary Margulis-Ohnuma to assume representation of Defendant, Kevin Dion Rolle, Jr.  ECF No. 172.  On January 5, 2024, Margulis-Ohnuma filed a motion for sentence reduction on Rolle's behalf.  ECF No. 176.  On January 26, 2024, the Government responded.  ECF No. 178.  On February 12, 2024, Margulis-Ohnuma advised the Court that Rolle does not intend to file a reply because "[t]here is no dispute between the parties that Mr. Rolle is eligible for a reduction in sentence pursuant to Amendment 821 to the U.S. Sentencing Guidelines."  ECF No. 180.

    Rolle has contacted the Court to request leave to file a reply pro se.  Rolle cannot be represented by an attorney and file pro se.  A defendant has "no right to 'hybrid' representation in which he is represented by counsel but supplements his lawyer's work with selected pro se submissions.  *United States v. Hage*, 74 F.4th 90, 93 (2d Cir. 2023).  "In almost every case, litigants will fare better if they rely on the assistance of counsel rather than their own unskilled efforts."  *Id.* at 94 (quotation marks and citation omitted).  Accordingly, Rolle's request is DENIED.

    Margulis Ohnuma and the Clerk of Court are directed to send a copy of this order to Rolle.

    SO ORDERED.

Dated: February 20, 2024
       New York, New York

ANALISA TORRES
United States District Judge