```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------X
:
UNITED STATES OF AMERICA            :
:
    -against-                    :            **ORDER**
:
KEVIN DION ROLLE, Jr.,              :
:
        Defendant.           :
:                 20 Cr. 594 (AT)
:                    Docket #
------------------------------------X

    ___Analisa Torres___,  **DISTRICT JUDGE**:
       Judge's Name

The C.J.A. attorney assigned to receive cases on August 26, 2024, __Calvin H. Scholar__ is hereby ordered to assume representation of the defendant in the above captioned matter, NUNC-PRO-TUNC __August 19, 2024__.

**SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

Dated: August 27, 2024
       New York, New York