```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/27/2024___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

20 Cr. 594 (AT)

KEVIN DION ROLLE, JR.,

**ORDER**

Defendant.

ANALISA TORRES, District Judge:

The Court is in receipt of Defendant's *pro se* motion for compassionate release, dated August 1, 2024. ECF No. 186. On August 27, 2024, the Court appointed Calvin H. Scholar as CJA counsel to represent Defendant during the pendency of his motion. ECF No. 187. Accordingly:

1. By **September 17, 2024**, Defendant may submit his supplemental brief in support of his motion;
2. By **September 30, 2024**, the Government shall respond to Defendant's filing(s); and
3. By **October 7, 2024**, Defendant shall file his reply, if any.

Defendant is reminded that, when assessing a motion for compassionate release, courts "generally require a showing of evidence from several sources indicating that the defendant is the only available caregiver" before concluding that "an extraordinary and compelling reason has been established." *United States v. Lindsay*, No. 13 Cr. 271, 2021 WL 37688, at *3 (S.D.N.Y. Jan. 4, 2021) (cleaned up).

SO ORDERED.

Dated: August 27, 2024
New York, New York

_____
ANALISA TORRES
United States District Judge