```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/9/2024___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      -against-

KEVIN DION ROLLE, JR.,

      Defendant.

20 Cr. 594 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of Defendant's *pro se* motion for compassionate release, dated August 1, 2024, ECF No. 186, as well as his supplemental brief in support, ECF No. 195, his motion for oral argument, ECF No. 196, and his motion to permit the filing of supporting documentation by third parties, ECF No. 197.

    Defendant is again advised that, when assessing a motion for compassionate release, courts "generally require a showing of evidence from several sources indicating that the defendant is the only available caregiver" before concluding that "an extraordinary and compelling reason has been established." *United States v. Lindsay*, No. 13 Cr. 271, 2021 WL 37688, at *3 (S.D.N.Y. Jan. 4, 2021) (cleaned up). In this case, the Court directs Defendant to provide it with (1) *certified* medical records documenting his mother's condition and (2) the name and phone number of her treating physician, as the Court intends to call the physician to confirm Defendant's mother's diagnosis. These records, like all future filings, must either be mailed to the Court or emailed to ProSe@nysd.uscourts.gov. Filings emailed directly to chambers will not be considered. Instructions as to labeling emails and formatting documents are provided on the Court's website.

    Defendant's motion for oral argument is DENIED. The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 195, 196, and 197.

    SO ORDERED.

Dated: October 9, 2024
       New York, New York

                                      ANALISA TORRES
                                 United States District Judge