```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/2/2024___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        -against-

KEVIN DION ROLLE, JR.,

        Defendant.

20 Cr. 594 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of Defendant's letter dated October 29, 2024, which requests that the Court provide an "indicative ruling" on Defendant's motion for compassionate release. ECF No. 201. Article III, Section 2 of the U.S. Constitution prohibits the federal courts from issuing "advisory opinions with respect to . . . theoretical questions." *Abele v. Markle*, 452 F.2d 1121, 1124 (2d Cir. 1971). Accordingly, Defendant's request, which would require the Court to decide the theoretical question of whether his motion for compassionate release would be granted if he were to provide the Court with comprehensive records detailing his mother's medical condition, is DENIED.

    The Clerk of Court is respectfully directed to mail a copy of this order to Defendant at RRM Miami, Residential Reentry Office, 401 N. Miami Avenue, Miami, FL 33128.

    SO ORDERED.

Dated: December 2, 2024
       New York, New York

                              ANALISA TORRES
                             United States District Judge