UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

KEVIN DION ROLLE, JR.,

                              Defendant.

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: _3/10/2025___

20 Cr. 594 (AT)

**<u>ORDER</u>**

ANALISA TORRES, District Judge:

On August 19, 2024, Defendant, Kevin Dion Rolle, Jr., moved for compassionate release. ECF No. 186. In his motion, Rolle indicated that he was projected to be released from custody on March 7, 2025, with no supervised release to follow. *Id.* at 2; *see also* ECF No. 116. That date has now passed, and the Court has confirmed that, as of March 7, 2025, Rolle is no longer in the custody of the Bureau of Prisons. *See Find an Inmate*, Bureau of Prisons, bop.gov/inmateloc/. Accordingly, Rolle's motion is DENIED as moot.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 186 and mail a copy of this order to Defendant at RRM Miami, Residential Reentry Office, 401 N. Miami Avenue, Miami, FL 33128.

SO ORDERED.

Dated: March 10, 2025
        New York, New York

_____
ANALISA TORRES
United States District Judge